## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Claude Duran,  **Civil File No. 05-879 MJD/JGL**

    Plaintiff,

vs.  **ORDER**

Raymond Law Offices, P.A., and
David J. Raymond, Esq.,

    Defendants.

## ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

                                      BY THE COURT

Dated: July 26, 2005                  s/ Michael J. Davis
                                         The Honorable Michael J. Davis
                                         Judge of United States District Court